**14 CV 6327**

PROSKAUER ROSE LLP
Joseph Baumgarten
Susan C. McAleavey
Jon L. Dueltgen
11 Times Square
New York, New York 10036
(212) 969-3000
jbaumgarten@proskauer.com
smcaleavey@proskauer.com
jdueltgen@proskauer.com
*Attorneys for Defendant*
*Citigroup Global Markets Inc.*

RECEIVED AUG 0 8 2014 U.S.D.C. S.D.N.Y. CASHIERS

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - x
ILAN PREIS,

       Petitioner,

  - against -

CITIGROUP GLOBAL MARKETS

       Respondent.
- - - - - - - - - - - - - - - - - - - - - - x

__ CV ____ ECF CASE

**Rule 7.1 Corporate Disclosure Statement**

   Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant Citigroup Global Markets Inc. ("CGMI") (improperly named as "Citigroup Global Markets"), by its attorneys Proskauer Rose LLP, states that it is a wholly-owned subsidiary of Citigroup Financial Products Inc., which is a wholly-owned subsidiary of Citigroup Global Markets Holdings Inc., which is a wholly-owned subsidiary of Citigroup Inc.  No other publicly held corporation owns 10 percent or more of Citigroup Global Markets Inc.'s stock.

Dated: August 8, 2014

                PROSKAUER ROSE LLP

                By: /s/ Joseph Baumgarten

                PROSKAUER ROSE LLP
                Joseph Baumgarten
                Susan McAleavey
                Jon L. Dueltgen
                11 Times Square
                New York, New York 10036
                (212) 969-3000
                jbaumgarten@proskauer.com
                smcaleavey@proskauer.com
                jdueltgen@proskauer.com
                *Attorneys for Defendant*
                *Citigroup Global Markets Inc.*