UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------- x

| | | |
|---|---|---|
| ILAN PREIS, | : | Action No. 14CV6327 (LGS) |
| Petitioner, | : | |
| -against- | : | **AFFIDAVIT OF SERVICE** |
| CITIGROUP GLOBAL MARKETS, | : | |
| Respondent. | : | |

------------------------------------------------------------------- x

STATE OF NEW YORK   )
                                  )  ss.:
COUNTY OF NEW YORK   )

Allen F. Healy, being duly sworn, deposes and says

1.   I am not a party to this action, am over the age of eighteen years and reside in Westchester County, New York.

2.   On August 8, 2014, at approximately 5:47 pm, I served by electronic filing (NYSEF), a true and correct copy of the Notice Of Filing Of Notice Of Removal (with the exhibit attached hereto) (Document Numbers 190 & 191), upon County Clerk, Supreme Court of the County of New York, 60 Centre Street, New York, NY and upon Ilan Preis, Petitioner.

3.   Said services were made by uploading a PDF/A of said documents to the New York State electronic filing system under the State Supreme Court Index No. 652197/2014 in accordance with the New York County Supreme Court's electronic filing procedures.

*Allen F. Healy*
Allen F. Healy

Sworn to before me this
11th day of August 2014.

*Notary Public*
Notary Public

MARY JANE McALEAVY
Notary Public, State of New York
No. 31-4937312
Qualified in New York County
Commission Expires October 7, 20 17




# NYSCEF - New York County Supreme Court
# Confirmation Notice

This is an automated response for Supreme Court / Court of Claims cases. The NYSCEF site has received your electronically filed document(s) for:

**Ilan Preis - v. - Citigroup Global Markets**

**652197/2014**

## Documents Received

| Doc # | Document Type | Motion # | Date Received |
|---|---|---|---|
| 190 | NOTICE OF REMOVAL / REMAND | | 08/08/2014 05:47 PM |
| 191 | EXHIBIT(S) A | | 08/08/2014 05:47 PM |

## Filing User

Name: **SUSAN CHRISTINE MCALEAVEY**
Phone: **2129693149**   E-mail Address: **smcaleavey@proskauer.com**
Fax #:   Work Address: **11 Times Square**
**New York, NY 10036**

## E-mail Notifications

An e-mail notification regarding this filing has been sent to the following address(es) on 08/08/2014 05:47 PM:

MCALEAVEY, SUSAN CHRISTINE - smcaleavey@proskauer.com

preis, ilan - preis@brightlakecapital.com

NOTE: If submitting a working copy of this filing to the court, you must include as a notification page firmly affixed thereto a copy of this Confirmation Notice.

---

Norman Goodman, New York County Clerk and Clerk of the Supreme Court
Phone: 646-386-5956     Website: http://www.nycourts.gov/courts/1jd/supctmanh/county_clerk_operations.shtml

NYSCEF Resource Center - EFile@nycourts.gov
Phone: (646) 386-3033    Fax: (212) 401-9146    Website: www.nycourts.gov/efile