UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| ILAN PREIS, | : | Index No. 14CV6327 (LGS) |
| | : | |
| Petitioner, | : | |
| | : | |
| -V- | : | AFFIDAVIT OF SERVICE |
| | : | |
| CITIGROUP GLOBAL MARKETS, | : | |
| | : | |
| Respondent, | : | |
| | : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

CARLEEN A. HALL, being duly sworn, deposes and states:

1. I am not a party to this action, I am over 18 years of age, and reside in Kings County, New York.

2. On August 8, 2014, I served Civil Cover Sheet, Notice of Removal with attached exhibits, Rule 7.1, Judge Schofield's Individual Rule and Procedures for Civil Cases, Individual Practices for Magistrate Judge Debra Freeman and Electronic Case Filing Rules and Instructions, March 17, 2014 edition upon **ILAN PREIS,** Petitioner, at the address designated by him for that purpose:  1936 Bergen Avenue, #3D, Brooklyn. NY 11234

3. Said service was made by depositing a true copy of the above referenced papers enclosed in a prepaid, sealed wrapper, properly addressed to the above-named party, in an official depository under the exclusive care and custody of, Federal Express Next Day Air, within the State of New York.

_____
Carleen A. Hall

Sworn to before me this
12th Day of August, 2014

_____
Notary Public

SANDY CHUM
Notary Public, State of New York
No. 01CH6145611
Qualified in Kings County
Commission Expires Sept. 9, 2014