UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
– – – – – – – – – – – – – – – – – – – – – – – – – – – – x
                                                        :

ILAN PREIS,                                       :        14 CV 6327 (LGS) (DF)

                       Petitioner,         :
                                                          ECF Case

                       -against-            :
                                                            **NOTICE OF**

CITIGROUP GLOBAL MARKETS,        :        **CROSS-PETITION TO**
                                                             **CONFIRM**
                       Respondent.       :        **ARBITRATION AWARD**

                                                          :
– – – – – – – – – – – – – – – – – – – – – – – – – – – – X

        **PLEASE TAKE NOTICE** that upon the annexed Declaration of Andrew H. Smith, Esq., executed August 14, 2014, and the exhibits attached thereto, and upon the accompanying Memorandum of Law In Opposition To Petition To Vacate Arbitration Award And In Support Of Respondent's Cross-Petition To Confirm Arbitration Award, dated August 15, 2014, Respondent Citigroup Global Markets Inc. ("CGMI") (incorrectly identified in the caption as "Citigroup Global Markets") hereby petitions this Court at the United States Courthouse, 500 Pearl Street, New York, New York, for an Order pursuant to the Federal Arbitration Act, 9 U.S.C. § 9, confirming the April 16, 2014 arbitration award issued by an arbitration panel appointed by Financial Industry Regulatory Authority Dispute Resolution, denying Petitioner's Petition to Vacate the award, and awarding CGMI attorney's fees and costs, and such other and further relief as the Court may deem just, equitable, and proper.

Dated: New York, New York
August 15, 2014

                              PROSKAUER ROSE LLP

                        By:    */s/ Joseph Baumgarten*
                              Joseph Baumgarten
                              Susan C. McAleavey
                              Jon L. Dueltgen
                              11 Times Square
                              New York, New York 10036
                              (212) 969-3000
                              jbaumgarten@proskauer.com
                              smcaleavey@proskauer.com
                              jdueltgen@proskauer.com
                              *Attorneys for Respondent*
                              *Citigroup Global Markets Inc.*