PROSKAUER ROSE LLP
Joseph Baumgarten
Susan C. McAleavey
Jon L. Dueltgen
11 Times Square
New York, New York 10036
(212) 969-3000
jbaumgarten@proskauer.com
smcaleavey@proskauer.com
jdueltgen@proskauer.com
*Attorneys for Respondent*
*Citigroup Global Markets Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ILAN PREIS                                                                  14 CV 6327 (LGS) (DF)

               Petitioner,                               ECF Case

   v.

CITIGROUP GLOBAL MARKETS,                                **AFFIDAVIT OF SERVICE**

               Respondent.
------------------------------------------------------------------------X

      I, SUSAN C. MCALEAVEY, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that:

1. I am an attorney-at-law, admitted to practice in the State of New York and the United States District Court for the Southern District of New York, and an associate with the law firm of Proskauer Rose LLP, counsel for respondent Citigroup Global Markets Inc.  I am fully familiar with the facts set forth herein.

2. On this day, I caused to be served a true and correct copy of Respondent Citigroup Global Markets Inc.'s Notice of Cross-Petition to Confirm Arbitration Award; Declaration of Andrew H. Smith in Opposition to Petition to Vacate and in Support of Cross-Petition to Confirm, with exhibits; Respondent's Memorandum of Law in

Opposition to Petition to Vacate Arbitration Award and in Support of Respondent's Cross-Petition to Confirm Arbitration Award; and pursuant to Local Rule 7.2 an Appendix of Unreported or Unpublished Cases Cited in Respondent's Memorandum of Law by overnight mail on *Pro Se* Petitioner at the following address:

>Ilan Preis
>1936 Bergen Ave. #3D
>Brooklyn, NY 11234

Dated: New York, New York
August 15, 2014

>>/s/ Susan C. McAleavey
>>Susan C. McAleavey