PROSKAUER ROSE LLP
Joseph Baumgarten
Susan C. McAleavey
Jon L. Dueltgen
11 Times Square
New York, New York 10036
(212) 969-3000
jbaumgarten@proskauer.com
smcaleavey@proskauer.com
jdueltgen@proskauer.com
*Attorneys for Respondent*
*Citigroup Global Markets Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------------X
ILAN PREIS                                               14 CV 6327 (LGS) (DF)

                Petitioner,                          ECF Case

  v.

CITIGROUP GLOBAL MARKETS,               **CERTIFICATE OF SERVICE**

                Respondent.
-----------------------------------------------------------------------X

      I, SUSAN C. MCALEAVEY, hereby certify that on this 20th day of August, 2014, I caused to be served a true and correct copy of Judge Schofield's Order filed on August 20, 2014, and the Court's Individual Rules by overnight mail on *Pro Se* Petitioner at the following address:

                Ilan Preis
                1936 Bergen Ave. #3D
                Brooklyn, NY 11234

Dated:  New York, New York
          August 20, 2014

                                              */s/ Susan C. McAleavey*
                                              Susan C. McAleavey